AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Vernon Edward Hopkins

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-133-WTM-GRS
4:00-cr-128-WTM-GRS

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this court's order filed 10/28/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.



10/28/16
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03